ACCEPTED
04-14-00812-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/9/2015 6:49:13 PM
KEITH HOTTLE
CLERK

# Kristine Arlitt
## Attorney at Law

206 East Locust Street
San Antonio, Texas 78212
P.O. Box 90771
San Antonio, Texas 78209
Telephone 210-821-6101
Telecopier 210-821-6105

500 Main Street
Kerrville, Texas 78028
P.O. Box 295101
Kerrville, Texas 78029
Telephone 830-896-5101
Telecopier 830-896-5103

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/9/2015 6:49:13 PM
KEITH E. HOTTLE
Clerk

July 9, 2015

Clerk of the Court                                    *Via E-File*
Fourth Court of Appeals
Bexar County Justice Center, Floor 3
San Antonio, Texas 78205

RE:    The Estate of Consuella Perkins Ulbrich, deceased
       Cause Number 2011-PC-0686
       Appeal Number 04-14-00812-CV

Dear Clerk:

Please take notice, I will not be available for any proceedings in the above referenced matter for the following dates:

       July 20, 2015 to July 28, 2015
       September 3 to September 15, 2015
       October 22, 2015 to November 2, 2015
       December 17, 2015 to December 28, 2015

Respectfully, I request that no matters be set during these time periods.

As always, please feel free to contact me directly with any question at 210-269-6101.

Very truly yours,

/s/

Kristine Arlitt
Attorney at Law

cc:    Bill Bailey              *Via E-Service*
       Philip M. Ross          *Via E-Service*
       Amy Bitter              *Via E-Service*
       William D. Crist        *Via E-Service*